[No. 7370-2-I. Division One. June 9, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD DUNLAP, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-1-00223-9, Robert C. Bibb, J., entered January 17, 1979. *Affirmed* by unpublished opinion per Durham-Divelbiss, J., concurred in by James, A.C.J., and Swanson, J.

[No. 7425-3-I. Division One. June 9, 1980.]

*In the Matter of the Marriage of* CAROLYN I. LANG, *Respondent, and* RAYMOND J. LANG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-107654, George H. Revelle, J., entered February 5, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Dore, JJ.

[No. 7455-5-I. Division One. June 9, 1980.]

EDWARD PATILLO, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 842862, George H. Revelle, J., entered February 13, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow, C.J., and Swanson, J.